■ TERRY A. KRULWICH, as Trustee of S. Paul Posner 1976 Irrevocable Family Trust, Respondent, v ROBERT A. POSNER, Appellant. [709 NYS2d 393] —Order, Supreme Court, New York County (Lewis Friedman, J.), entered on or about December 5, 1997, which granted plaintiff's motion to strike defendant's jury demand except as to the fourth cause of action and seventh counterclaim, unanimously affirmed, with costs.

Despite its inclusion of a demand for damages, the instant complaint seeks relief primarily equitable in nature, its principal objectives being the removal of defendant as managing partner of the parties' partnership and the dissolution of such partnership. The parties' respective demands for damages being little more than incidental to the predominant, equitable purposes of the litigation, the IAS Court properly granted plaintiff's motion (see, Mulder v Donaldson, Lufkin & Jenrette, 261 AD2d 134, 135; Kurzner v Sutton Owners Corp., 245 AD2d 101; Phoenix Garden Rest. v Chu, 234 AD2d 233, 234). Concur—Nardelli, J. P., Tom, Mazzarelli, Wallach and Andrias, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. MARCY MICHELLE SCHUCHMAN, Admitted on March 25, 1991, at a Term of the Appellate Division, First Department. [713 NYS2d 466] —Motion granted and respondent reinstated as attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [See, 257 AD2d 127.]